**JARAD D. BECKMAN, ESQ.**
**Nevada Bar No. 12328**
**ALIA A. NAJJAR, M.D., ESQ.**
**Nevada Bar No. 12832**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (949) 475-9203**
***jdbeckman@ww.law***
***aanajjar@ww.law***

**Attorneys for Defendants**
**TIDES AT GREEN VALLEY OWNER, LLC AND**
**RPM LIVING, LLC**

W&W WOLFE & WYMAN LLP ATTORNEYS & COUNSELORS AT LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE MORALES on behalf of ADRIAN GARCIA, JOSUE MORALES, and VICTORIA GARCIA, Minor Children.<br><br>Plaintiffs,<br>v.<br><br>TIDES AT GREEN VALLEY OWNER, LLC, a Foreign Limited-Liability Company; RPM LIVING, LLC, a Foreign Limited-Liability Company; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:26-CV-02671<br><br>**ORDER GRANTING DEFENDANTS TIDES AT GREEN VALLEY OWNER, LLC'S AND RPM LIVING, LLC'S RENEWED MOTION FOR EXTENSION OF TIME TO FILE CORRECTED CERTIFICATES OF INTERESTED PARTIES** |

**ORDER GRANTING DEFENDANTS TIDES AT GREEN VALLEY OWNER, LLC'S AND RPM LIVING, LLC'S RENEWED MOTION FOR EXTENSION OF TIME TO FILE CORRECTED CERTIFICATES OF INTERESTED PARTIES**

On or about September 8, 2026, Defendants TIDES AT GREEN VALLEY OWNER, LLC and RPM LIVING, LLC, by and through their attorneys, Wolfe & Wyman LLP, filed their renewed and revised motion pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rule LR IA 6-1 for a seven-day extension of time, including dates retroactive to September 2, 2026, to file their respective corrected Certificates of Interested Parties pursuant to the Court's Minute Order, entered August 28, 2026, striking Defendants respective Certificates of Interested Parties [Documents 3 and 4, respectively] and ordering the Defendants to file new certificates that comply with Federal Rule of Civil Procedures 7.1 within five (5) days of the date of the Minute Order. [Document 8]. For good

cause showing and excusable neglect,

IT IS SO ORDERED that TIDES AT GREEN VALLEY OWNER, LLC'S and RPM LIVING, LLC'S ("Defendants") Renewed Motion for Extension of Time to File Their Respective Corrected Certificates of Interested Parties is hereby GRANTED.

IT IS FURTHER ORDERED that Defendants are to file their respective corrected Certificates of Interested Parties on or by September 9, 2026, at noon (12:00 p.m.).

IT IS SO ORDERED this 8th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW
W&W