**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**ACE LAW GROUP**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468
filing@acelawgroup.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE MORALES on behalf of ADRIAN GARCIA; JOSUE MORALES and VICTORIA GARCIA, Minor Children.<br><br>Plaintiffs,<br><br>TIDES AT GREEN VALLEY OWNER, LLC; a Foreign Limited-Liability Company; RPM LIVING, LLC, a Foreign Limited-Liability Company; DOES 1 through 10, inclusive; ROE CORPORATIONS, 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:26-cv-02671-JAD-EJY<br><br>**~~PROPOSED~~ JOINT DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR26-1(b)** |

COMES NOW, Plaintiffs Leslie Morales on behalf of Adrian Garcia, Josue Morales, and Victoria Garcia, minor children, by and through their counsel, Patrick Kang, Esq., Kyle R. Tatum, Esq. and Paul H. Wolfram, Esq. of Ace Law Group and Defendants TIDES AT GREEN VALLEY OWNER LLC and RPM LIVING, LLC by and through its counsel Jarad D. Beckman, Esq and

Alia A. Najjar, M.D., Esq. of Wolfe & Wyman LLP, hereby submit this Proposed Joint Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(b).

**<u>Fed.R.Civ.P. 26(f) Conference</u>**

Counsel for the parties participated in an Early Case Conference on October 1, 2026, and there were no discovery disputes at that time. The parties agreed to exchange their disclosure statements in a timely manner. After discussing the evidence in this case, counsel for the parties believe that 180 days will be needed to complete discovery and be prepared for trial.

Below is the parties proposed discovery schedule:

1. **<u>Discovery Cut-Off Date</u>:** Defendant filed its Notice of Removal on August 24, 2026. The parties are requesting 180 days for discovery from September 9, 2026, the date Defendants filed their Notice of Removal. The parties request a discovery cut-off date of March 8, 2027, 180 days after the filing of the Notice of Removal.

2. **<u>Amending the Pleadings and Adding Parties</u>:** The parties request that all motions to amend the pleadings or to add parties be filed no later than December 8, 2026– 90 days prior to the proposed close of discovery.

3. **<u>Fed.R.Civ.P. 26(a)(2) Disclosures (Experts)</u>:** The parties request the disclosure of experts be made on or before January 7, 2027, 60 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by February 6, 2027– 32 days after the initial disclosure of experts.

4. **<u>Dispositive Motions</u>:** The date for filing dispositive motions shall be no later than April 7, 2027, 30 days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

ACE LAW GROUP
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

5. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than May 7, 2027, 30 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6. **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct additional discovery before attempting to resolve this case. Counsel further agree that a settlement conference will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration.

7. **Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to trial by magistrate.

8. **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre Trial Order.

9. **Electronically Stored Information:** The parties have undertaken efforts to retain any electronically stored information relevant to this matter and have agreed, that unless the requesting party asks for a definite and specific form, the party producing any electronically stored

ACE LAW GROUP
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

information may be produced in .pdf or paper form. Such production may be served by electronic means/email. Should any technical difficulties arise with these means, counsel will make good faith efforts to meet, confer, and resolve the difficulties. The parties have further agreed that, to the extent any party seeks electronically stored information that would be cumulative, burdensome or unduly costly to produce, counsel for the parties will meet and confer in good faith should any dispute arise.

**10. <u>Issues about claims of privilege or protection of trial preparation materials</u>:**

(i) Any party may require a protective order in order to protect the disclosure of certain confidential business information. In the event such a protective order becomes necessary the Parties will submit a stipulated protective over, or if necessary, may file a motion for protective order.

(ii) The parties agree with Rule 26(b)(5).

(iii) Claw-back of Inadvertent Disclosure of Privileged Materials. The Parties agree that inadvertent production of otherwise privileged materials will not constitute a waiver of the applicable privilege, and by stipulation or motion, the items so designated shall be returned to the disclosing party, and not be used for any purpose at trial. Any notice of inadvertent production or disclosure shall be (i) in writing and delivered to opposing counsel; or (ii) made on the record in deposition; or (iii) asserted in open court. Failure to give notice prior to entry of a ruling on a dispositive motion shall be deemed waiver of the privilege, except that no settlement discussion or offers shall be disclosed for any reason before entry of judgment.

**11. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>:**

Any stipulation or motion must be made no later than 21 days before the subject deadline.

Requests to extend discovery deadlines must comply fully with LR 26-3.

ACE LAW GROUP
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

DATED this 15th day of October 2026.

**ACE LAW GROUP**

*/s/ Paul H. Wolfram Esq.*

**PATRICK W. KANG, ESQ.**
Nevada Bar No. 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No. 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No. 16025
6480 West Spring Mountain Rd., Suite 1
Las Vegas, Nevada 89146
T: (702) 333-4223
E: filing@acelawgroup.com
*Attorneys for Plaintiffs*

DATED this 15th day of October 2026.

**WOLFE & WYMAN**

/s/ Alia A. Najjar, M.D. Esq.

**JARAD D. BECKMAN, ESQ.**
Nevada Bar No. 12328
**ALIA A. NAJJAR, M.D., ESQ.**
Nevada Bar No. 12832
6757 Spencer Street
Las Vegas, NV 89119
T: (702) 800-5413
E: jbeckman@ww.law
E: aanajjar@ww.law
*Attorneys for Defendants*
*Tides at Green Valley Owner ,LLC and*
*RPM Living, LLC*

IT IS SO ORDERED:

DATED this 16 day of October, 2026.

[signature]
UNITED STATES MAGISTRATE JUDGE

ACE LAW GROUP
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146