**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Leslie Morales, on behalf of Adrian Garcia, Josue Morales, and Victoria Garcia, Minor Children,

Plaintiff

v.

Tides at Green Valley Owner, LLC, a foreign limited-liability company; RPM Living, LLC, a foreign limited-liability company; Does & Roes,

Defendants

Case No.: 2:26-cv-02671-JAD-EJY

**Remand Order**

[ECF No. 18]

Plaintiff Leslie Morales filed this tort action based entirely on state-law claims in Nevada state court. The defendants removed this case to federal court under 28 U.S.C. §§ 1332 based on diversity jurisdiction.[1] Arguing that the defendants' removal was untimely because it was filed 17 days after the 30-day window for removal closed, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 18] is GRANTED**; and
- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 26, Case No. A-26-949114-C,** and CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
Dated: October 21, 2026

[1] ECF No. 1.

[2] ECF No. 18.